1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    L.C. CUNNINGHAM,                        1:23-cv-00041-ADA-EPG (PC)

10                    Plaintiff,

                                             ORDER REQUESTING THAT THE
11        v.                                 WARDEN OF PLAINTIFF'S INSTITUTION
                                             OF CONFINEMENT RESPOND TO
12   J. PERDROZA, et al.,                    PLAINTIFF'S CLAIMS CONCERNING
                                             ACCESS TO LEGAL RESOURCES
13                    Defendants.
                                             (ECF No. 39)
14
                                             ORDER DIRECTING CLERK OF COURT
15                                           TO SEND COPY OF THIS ORDER AND
                                             PLAINTIFF'S FILING (ECF No. 39) TO
16                                           LITIGATION COORDINATOR AT
                                             PLAINTIFF'S INSTITUTION OF
17                                           CONFINEMENT AND TO SUPERVISING
                                             DEPUTY ATTORNEY GENERAL
18                                           LAWRENCE BRAGG

19        Plaintiff L.C. Cunningham is a state prisoner proceeding *pro se* and *in forma paupers* in a

20   civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1). On November 14, 2023,

     Plaintiff submitted a filing, stating that he has requested access to the law library but has not
21
     received any response. Further, he claims that he has been denied envelopes and blank writing
22
     paper. Plaintiff indicates that the denial of legal resources is affecting his ability to litigate this
23
     case.
24
          Given these representations, the Court issues this order:
25
       1.  Within fourteen days from the date of service of this order, the Court requests that the
26
          Warden of Plaintiff's institution file a response with the Court.
27

\\\

28

                                             1

2.  The Clerk of Court is directed to send a copy of this order and Plaintiff's filing (ECF No. 39) to the Litigation Coordinator at Plaintiff's institution of confinement and Supervising Deputy Attorney General Lawrence Bragg and designate on the docket the date it was sent.

IT IS SO ORDERED.

Dated:   **November 15, 2023**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE