# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. C. CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEDROZA, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-0041-NODJ-EPG (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS** |

The Court conducted a global settlement conference in this action, in conjunction with *Cunningham v. Lascina*, 1:23-cv-00564-NODJ-SAB (PC), on December 18, 2023, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

　　　　1. All pending matters and dates in this action are VACATED; and

　　　　2. The parties shall file dispositive documents within thirty (30) days of entry of

　　　　this order.

IT IS SO ORDERED.

　Dated:　__December 18, 2023__　　　　　　　__/s/ Barbara A. McAuliffe__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE