UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>S. SOVOIE, et al.,<br><br>        Defendants. | Case No. 1:23-cv-00041-NODJ-EPG (PC)<br><br>ORDER RE: STIPULATION OF DISMISSAL AND DIRECTING CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS CASE<br><br>(ECF No. 52) |

    On December 21, 2023, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 52). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

    Accordingly, the Clerk of the Court is directed to assign a district judge for the purpose of closing this case and then to close this case.

IT IS SO ORDERED.

Dated:   **December 22, 2023**           /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE