UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. PERDROZA, et al.,<br><br>　　　　　　Defendants. | 1:23-cv-00041-JLT-EPG (PC)<br><br>ORDER REGARDING MOTION FOR CLARIFICATION<br><br>(ECF No. 55). |

　　　　Following a successful global settlement conference of Plaintiff's instant case and another of his cases, Magistrate Judge Barbara A. McAuliffe entered a minute order on December 18, 2023, directing the parties to file "[d]isposition documents" within thirty days. (ECF No. 51). Thereafter, the parties filed a stipulation of dismissal of this case with prejudice, and the Court ordered the Clerk of Court to close this case on December 22, 2023. (ECF Nos. 52, 54).

　　　　Now before the Court is Plaintiff's motion asking for clarification of the December 18, 2023 minute order. (ECF No. 55). Generally, Plaintiff asks the Court to clarify the meaning of "disposition document" so that he can file it.

　　　　Plaintiff is advised that "disposition document" refers to a filing that disposes of this case after the parties finalize their settlement. The parties' stipulation of dismissal dismissed this case with prejudice and the Court ordered this case to be closed. Thus, Plaintiff has already complied with the December 18, 2023 minute order to file a "disposition document" and he need not take any further action in this case.

\\\

\\\

1

1     Accordingly, IT IS ORDERED that the Clerk of Court is directed to term Plaintiff's
2 motion for clarification (ECF No. 55) as no longer pending. This case remains closed with no
3 further action needed by the parties.

IT IS SO ORDERED.

    Dated: __**January 6, 2024**__          /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE