UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>    Plaintiff,<br><br> v.<br><br>J. PERDROZA, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00041-JLT-EPG (PC)<br><br>ORDER RE: LETTER TO THE COURT<br><br>(ECF No. 58) |

  Following a successful global settlement conference of Plaintiff's instant case and another of his cases, the parties filed a stipulation of dismissal, and the Court closed the case on December 22, 2023. (ECF No. 54). Plaintiff has now filed a letter asking when he will receive his settlement check, noting that he signed settlement papers.

  Plaintiff is directed to the parties' settlement agreement, which likely contains a deadline for payment. The Court notes that settlement agreements involving the CDCR usually provide for a delay between the finalization of the agreement and the issuance of the payment. Plaintiff may also reach out to defense counsel should he have questions concerning the timing of his payment.

\\\

The Court will take no further action on Plaintiff's letter.

IT IS SO ORDERED.

Dated: **January 30, 2024**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE